## DURKEE v. VARNUM.

After a defendant in his plea has confessed himself guilty of committing a trespass, he cannot justify by setting up title.

ACTION of trespass brought before a justice for throwing down the plaintiff's fence, carrying away his rails, and eating up his grass; demanding forty shillings damage.

The defendant before the justice plead — That true it was he was guilty of doing the trespass complained of in the plaintiff's declaration, but had good right to do it; for that he was the proprietor and legal owner of the land whereon said trespass was said to have been committed.

The plaintiff traversed this plea in the County Court where said cause was tried, and appealed to this court, and the parties were at issue to the court upon the same facts.

By the COURT. The defendant has confessed himself guilty of the trespass; after this if the court should find that he was proprietor and legal owner of the land it would not justify him, for a man may be guilty of a trespass upon land of which he is the' legal owner, where another has the right of possession and improvement. The cause was ordered to be erased from the docket.